UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HELEN EVENFE,<br><br>        Plaintiff,<br><br>    v.<br><br>ESALEN INSTITUTE, et al.,<br><br>        Defendants. | Case No. 15-CV-05457-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Cabral Bonner
Defendants Attorney:  Brad Weintraub

An initial case management conference was held on May 19, 2016. A further case management conference is set for September 7, 2016, at 2:00 p.m. The parties shall file their joint case management statement by August 31, 2016.

The parties are hereby referred to private mediation, with a deadline to complete mediation by August 31, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Exchange Initial Disclosures | June 3, 2016 |
| Last Day to Amend the Pleadings/Add Parties | 21 Days After Ruling on Motion to Dismiss |

1

Case No. 15-CV-05457-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Deadline to Complete Mediation | August 31, 2016 |
| Close of Fact Discovery | October 31, 2016 |
| Opening Expert Reports | November 30, 2016 |
| Rebuttal Expert Reports | December 15, 2016 |
| Reply Expert Reports | December 30, 2016 |
| Close of Expert Discovery | January 30, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | February 16, 2017 |
| Hearing on Dispositive Motions | March 30, 2017, at 1:30 p.m. |
| Final Pretrial Conference | May 11, 2017, at 1:30 p.m. |
| Jury Trial | May 22, 2017, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated:  May 19, 2016

_____
LUCY H. KOH
United States District Judge